UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LANDERS IVEY

CR. Docket # 04-CR-10171-JLT
ORG. # CR-01-07-01-M

MOTION FOR SPEEDY TRIAL

Now comes the Defendant in the above-captioned matter and respectfully moves this Honorable Court to order a speedy trial in the case bar,

The Defendant brings this motion pursuant to:

1.) The requirement for a speedy trial prescribed by the 6th Ammendment of the Constitution, as made mandatory upon the states by the 14th Ammendment . ( Klopfer V. Carolina, 386 U.S. 213 (1967));

Respectfully submitted,
Mr. Landers Ivey, Pro Se.
M.C.I. Concord
P.O. Box 9106
Concord, MA. 01742-9106

Dated: 11/27/05