UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   V.

LANDERS IVEY

CR.#04-CR-10171-VN
ORG.#01-07-01-M

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM
================================================================

Now comes the Defendant in the above-captioned matter and respectfully moves this Honorable Court to issue a Writ Of Habeas Corpus Ad Testificandum directed to the Superintendent of M.C.I. Concord, in order to produce this Defendant at a time as the Court shall direct a hearing on said matter.

Respectfully submitted,

Mr. Landers Ivey
                Pro Se

M.C.I. Concord
P.O. Box 9106
Concord, MA. 01742-9106

Dated: 11/27/05