# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LANDERS IVEY

CR. DOCKET # 04-CR-10171-JLT

ORG. # 01-07-01-M

## MOTION TO APPOINT COUNSEL

Now comes the defendant in the above-entitled matter and respectfully asks this Honorable Court to appoint Counsel in the above-referenced matter.

In support thereof, the defendant states as follows:

1.) As indicated in the Affidavit of Indigency files herewith, I am unable to afford an attorney to represent me on this matter.

2.) I accordingly request that I be declared indigent and that counsel be appointed to represent me on the matters I face before this Honorable Court.

DATED:

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail, postage pre-paid.
DATED:

Respectfully Submitted,

Mr. Landers Ivey, pro se.

M.C.I. Concord

P.O. Box 9106

Concord, MA. 01742-9106