UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LANDERS IVEY

CR. DOCKET # 04-CR-10171-JLT

ORG. # 01-07-01-M

## AFFIDAVIT OF INDIGENCY

The defendant hereby states that he is currently incarcerated at M.C.I. CONCORD and is indigent with no funds or means to retain counsel to represent him.

Signed under the pains and penalties of perjury on this 26TH day of December 2005.

Respectfully Submitted,
Mr. Landers Ivey, pro se.

M.C.I. Concord
P.O. Box 9106
Concord, MA. 01742-9106