UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE UNITED STATES MARSHAL OF THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: THE SUPERINTENDENT , AT M.C.I. CONCORD,MASSACHUSETTS YOU ARE COMMANDED to have the body of LANDERS IVEY, now in your custody, before the United States District Court for the District of Massachusetts at Boston on March 2, 2006 at 11:00 A.M. for the purpose of a MOTIONS HEARING in Courtroom 20,7th Floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts, in the case of UNITED STATES VS LANDERS IVEY,CR 04-10171-JLT and you are to retain the body of said LANDERS IVEY, before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 27 day of February, 2006.

SARAH THORNTON, CLERK

Rita Lovett,Deputy Clerk