# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
V
LANDERS IVEY

CR 04-10171-JLT

### JUDGMENT

TAURO, D.J.                                                March 14, 2006

The defendant having come before me on **March 2, 2006, for the purpose of a Revocation of Supervised Release hearing** and having admitted to the Violations as described in the United States Probation Violation Report dated February 28, 2006 it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court on February 2, 2004.

Therefore, sentence is imposed as follows:

1. SUPERVISED RELEASE IS REVOKED.

2. THE DEFENDANT SHALL SERVE ONE YEAR AND ONE DAY ON AND AFTER HIS CURRENT STATE SENTENCE.

3. THERE WILL BE NO ADDITIONAL SUPERVISED RELEASE.

SO ORDERED,

JOSEPH L. TAURO,
U.S.D.J.