AO 442   (Rev. 5/93) Warrant for Arrest

# United States District Court

District of **MASSACHUSETTS**

FILED
2007 FEB -2  P 3:40
U.S. DISTRICT COURT
DISTRICT OF MASS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| LANDERS IVEY | Case Number: CR 04-10171-JLT |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**LANDERS IVEY**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE.

in violation of _____ United States Code, Section(s) _____

Zita Lovett _____   _____ Deputy Clerk
Name of Issuing Officer                                       Title of Issuing Officer

*Zita Lovett* (signature)                                      Boston
Signature of Issuing Officer                                Date and Location

Bail fixed at $ _____   by _____
                                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| *Haberin*   3/10/06 |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |