Dear Judge Joe Tauro                                    7-10-07

My name is Sanders Ivey and I'm writing this letter because I was held in violation of my supervised release in November of 2005 to one year and a day but I've not been released yet. I've been held at the Plymouth County house of Corrections for a period of almost two months with not so much as a letter letting me know my projected release date. I'm not sure if I got lost in the system or I'm on a transit list but I'm still in the dark on this matter. If you could please look into this issue for me I will be greatful Sir.

                                                Sanders Ivey

LANDERS IVEY