

# MEMORANDUM

**To:**   The Honorable Joseph L. Tauro, U.S. District Judge

**From:**   Jeffrey Smith, Senior U.S. Probation Officer

**Re:**   Landers Ivey
         Dkt. 04-CR-10171

**Date:**   September 25, 2007

The purpose of this memorandum is to update Your Honor as to the status of the above-captioned defendant's designation to a federal correctional institution. Your Honor may recall that Mr. Ivey appeared before the Court on March 2, 2006 for a Final Revocation Hearing. At that time, he was found in violation and his term of supervision was revoked. He was sentenced to twelve (12) months imprisonment to be served on and after a state prison sentence he was serving.

In July of 2007, the defendant notified the Court in writing that he had been detained in the Plymouth House of Correction since the completion of his state sentence on May 22, 2007, and had not yet been designated to a federal facility (copy attached). The defendant inquired as to his designation and his projected release date. That letter was forwarded to the probation office by Your Honor.

After several attempts to contact the Federal Bureau of Prisons, the probation department was able to confirm that the defendant had been designated as of September 7, 2007, and had a tentative release date of April 5, 2008. This writer submitted a letter to the defendant advising him of this information on September 14, 2007. That letter was returned to the probation department because the defendant is no longer being held at the Plymouth House of Correction. The probation department has been able to verify that the defendant is currently in transit to the Federal Correctional Institute in Schuylkill, Pennsylvania. The probation department will forward a copy of this memorandum to the defendant upon his arrival.

If Your Honor has any additional questions, please contact me at 617-748-9199.

Reviewed and Approved by:

Brian McDonald
Supervising U.S. Probation Officer

Dear Judge Joe Tauro                    7-10-07

My name is Landers Ivey and I'm writing this letter because I was held in violation of my supervised release in November of 2005 to one year and a day but I've not been released yet. I've been held at the Plymouth County house of Corrections for a period of almost two months with not so much as a letter letting me know my projected release date. I'm not sure if I got lost in the system or I'm on a transit list but I'm still in the dark on this matter. If you could please look into this issue for me I will be greatful Sir.

Landers Ivey

LANDERS IVEY

RECEIVED U.S. PROBATION 2007 AUG -8 PM 4:09 BOSTON—NEW CTHSE.