Ivey Landers
02679-049
Docket # CR 04-10171-JLT

FILED
IN CLERKS OFFICE
2007 NOV 15 P 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

To the office of clerks

I am presently incacerated at F.C.I Sckuylkill, in Minersville PA serving a one year and one day sentence, and I remain indejent, and I will like to review my Sentencing Transcrip and Judgment and Commitment, Because I will like to see if I could aped my Sentencing.

Thank you for your help.

Sincerly yours
02672-049